UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
(at Knoxville)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal Action No. 3: 13-10-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| CLIFFORD LEON HOUSTON, | ) | **MEMORANDUM ORDER** |
| | ) | |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is pending for consideration of Defendant Clifford Leon Houston's two notices of appeal to the district court. [Record Nos. 219, 224] Specifically, Houston seeks to appeal the United States Magistrate Judge's order denying him leave to file an untimely motion to dismiss the Superseding Indictment and a supporting memorandum of law. [Record No. 210, 196, 198] Both of Houston's motions were properly denied by the Magistrate Judge as untimely as well as being without merit. [*See* Record No. 210; *see also* Fed. R. Crim. P. 12(c) & (e).] Accordingly, being sufficiently advised, it is hereby

**ORDERED** that Defendant Clifford Leon Houston's notices of appeal [Record Nos. 219, 224] are **DENIED**. To the extent Houston's October 15, 2013, filing has been docketed as objections to the Magistrate Judge's Order, these objections [Record No. 219] are **OVERRULED**.

-1-

This 29th day of October, 2013.



Signed By:

*Danny C. Reeves* DCR

**United States District Judge**