UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
(at Knoxville)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal Action No. 3: 13-10-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| CLIFFORD LEON HOUSTON, | ) | **MEMORANDUM ORDER** |
| | ) | |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is pending for consideration of Defendant Clifford Leon Houston's motion to disclose alleged conflicts of interest between the undersigned and Assistant United States Attorney ("AUSA") Robert M. Reeves. [Record No. 232] The defendant's motion is without merit. No conflict of interest exists between the undersigned and AUSA Reeves and the defendant provides no support for his motion beyond the bald assertion that he wishes to disclose "real conflicts of interest." [*Id.*, p. 1] Further, AUSA Reeves is no longer involved in this matter. [*See* Record No. 230.] AUSA Reeves entered a notice of substitution of counsel for AUSA David C. Jennings on October 25, 2013, due to an apparent scheduling conflict that would prevent AUSA Jennings from appearing at trial. [Record No. 227] However, on October 30, 2013, AUSA Jennings filed a notice of substitution of counsel, indicating that his scheduling conflict had been resolved and that he would be representing the United States at trial. [Record No. 230] Accordingly, it is hereby

-1-

Case 3:13-cr-00010-PLR-CCS   Document 236   Filed 10/31/13   Page 1 of 2   PageID #: 1674

**ORDERED** that Defendant Clifford Leon Houston's Motion to Disclose Conflicts of Interest [Record No. 232] is **DENIED**. The defendant's request for an evidentiary hearing is **DENIED**.

This 31st day of October, 2013.

Signed By:
*Danny C. Reeves* DCR
United States District Judge

-2-

Case 3:13-cr-00010-PLR-CCS   Document 236   Filed 10/31/13   Page 2 of 2   PageID #: 1675